# United States District Court
## For The
## District of Vermont

| | | |
|---|---|---|
| LAUREN VAN ALSTYNE-BLAIR and<br>RYAN J. BLAIR, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NUMBER: 2:06-CV-159 |
| | : | |
| JED LIPSKY, d/b/a The Stowe Inn and | : | |
| Harrison's Restaurant and Bar and/or Harrison's; | : | |
| ANNIKA LIPSKY d/b/a The Stowe Inn and/or | : | |
| Harrison's Restaurant and Bar and/or Harrison's, | : | |
| COLD MOUNTAIN LAND & TIMBER | : | |
| CORPORATION d/b/a The Stowe Inn and/or | : | |
| Harrison's Restaurant and Bar and/or Harrison's, | : | |
| KNEALE FAMILY ENTERPRISES, INC., d/b/a | : | |
| Harrison's Restaurant and Bar and/or Harrison's, | : | |
| CALEB MAYO, | : | |
| | : | |
| Defendants. | : | |

## DISMISSAL ORDER

The court having been advised by the Evaluator's Report (Document No. 59) that the above-entitled action has been settled,

IT IS ORDERED THAT this action is hereby dismissed, without costs, with the right to petition, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the clerk of court serve copies of this order upon attorneys of record for the parties appearing in this case.

Dated at Burlington, in the District of Vermont, this 7th day of September, 2007.

/s/ William K. Sessions III
Honorable William K. Sessions III
United States District Judge